844

No. 678. State-Adams Corp. v. Commissioner of Internal Revenue. C. A. 2d Cir. Certiorari denied. *H. Gilmer Wells* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Harry Baum* and *Kenneth E. Levin* for respondent. 

No. 685. Conner v. Simler. C. A. 10th Cir. Certiorari denied. *Leslie L. Conner, pro se,* along with *Peyton Ford.* 

No. 686. Washburn v. Commissioner of Internal Revenue. C. A. 8th Cir. Certiorari denied. *W. S. Miller, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Myron C. Baum* and *Kenneth E. Levin* for respondent. 

No. 692. Peerless Products, Inc., et al. v. Federal Trade Commission. C. A. 7th Cir. Certiorari denied. *Simon Herr* for petitioners. *Solicitor General Cox, Acting Assistant Attorney General Kirkpatrick, Richard A. Solomon, PGad B. Morehouse* and *Alan B. Hobbes* for respondent. 

No. 693. Roberson v. United States. C. A. 6th Cir. Certiorari denied. *William Earl Badgett* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *J. F. Bishop* for the United States. 

No. 694. Borda v. United States. C. A. 4th Cir. Certiorari denied. *William H. Collins* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.